UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SCOTT BAUMGART | Case No.  23-cv-12116-SFC-APP |
| Plaintiff, | Judge:  Sean F. Cox |
| v. | Mag. Judge:  David R. Grand |
| LOWE'S COMPANIES, INC. | Lower Court #2023-200189-NO |
| Defendant. | |

**STIPULATION TO AMEND CAPTION AND SUBSTITUTION OF PARTY AS TO THE IMPROPERLY NAMED PARTY DEFENDANT**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective counsel, to correct Plaintiff's Complaint to substitute Defendant LOWE'S HOME CENTERS, LLC, as the proper party Defendant in the place and stead of LOWE'S COMPANIES, INC., improperly named therein.

By: /s/ Christian P. Colllis (with consent)  
    CHRISTIAN P. COLLIS  (P54790)  
    Attorney for Plaintiff  
    Dated:  8/30/23

By: /s/ Ridley S. Nimmo, II  
    RIDLEY S. NIMMO, II (P54783)  
    Attorney for Defendant Lowe's  
    Dated: 8/30/23

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SCOTT BAUMGART | Case No. 23-cv-12116-SFC-APP |
| Plaintiff, | Judge: Sean F. Cox |
| v. | Mag. Judge: David R. Grand |
| LOWE'S COMPANIES, INC. | Lower Court #2023-200189-NO |
| Defendant. | |

## ORDER TO AMEND CAPTION AND SUBSTITUTION OF PARTY AS TO THE IMPROPERLY NAMED PARTY DEFENDANT

Upon the reading and filing of the foregoing stipulation of the parties; and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the caption shall be amended and that LOWE'S HOME CENTERS, LLC, shall be herein substituted as the proper party Defendant in this cause of action in the place and stead of LOWE'S COMPANIES, INC., as the same pertains to Plaintiff's Complaint, other initial filings by the parties, with respect to Case No. 23-12116-SFC-APP, now pending in this Court.

Dated: August 31, 2023

s/Sean F. Cox
Sean F. Cox
U. S. District Judge